UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELSA MARTINEZ DE GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00134 |
| | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

On May 10, 2018, Plaintiff Elsa Martinez De Garza filed a complaint (D.E. 1) against the Social Security Administration seeking to appeal the denial of her social security disability benefits. On the same day, she was granted leave to proceed *in forma pauperis*. (D.E. 2 in 2:18-mc-00497). Summons forms were mailed to her on May 11, 2018. On September 11, 2018, the undersigned magistrate judge *sua sponte* extended the time for De Garza to complete service of process by 90 days and explained the steps that De Garza needed to follow. (D.E. 4 at 1-2). The order warned De Garza that a failure to comply may result in the dismissal of her complaint for want of prosecution. (*Id.* at 2).

## Discussion

If a defendant is not served within 90 days after the complaint is filed, the court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). If the plaintiff fails to prosecute or to comply with a court order, a defendant may move to dismiss the action. Fed. R. Civ. P. 41(b). Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff

fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016).

Here, over 90 days have passed since the entry of the order requiring service and it does not appear that De Garza has taken any steps to prepare and/or serve the summons and complaint. She has not responded in any way and appears to have abandoned her claim. Accordingly, it is recommended that her complaint be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 4(m); 41(b).

Respectfully submitted this 28th day of February, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).